UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GREGORY WILLIAMS,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>HERITAGE SQUARE, LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 2:15-cv-01598-APG-PAL<br><br>ORDER<br><br>(Mot WD Counsel – Dkt. #18) |

This matter is before the court on The Law Offce [sic] of Kristian Lavigne and Associates' Motion to Withdraw as Counsel of Record for Plaintiff (Dkt. #18) filed April 20, 2016. The motion represents that the relationship between Plaintiff and counsel has broken down to the point where effective representation can no longer be accomplished. Mr. Lavigne therefore seeks leave to withdraw as counsel of record.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. Kristian Lavine's Motion to Withdraw (#18) is **GRANTED**.
2. Plaintiff Gregory Williams shall have until **May 25, 2016**, in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or shall file a notice with the court that he will be appearing in this matter *pro se*, that is, representing himself.
3. Plaintiff's failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that he will be appearing in this matter *pro se* may result in the imposition of sanctions, which may include a recommendation to the District Judge that plaintiff's complaint be dismissed for failure to prosecute. See Fed. R. Civ. P. 41(b).

4. The Clerk of the Court shall serve the plaintiff with a copy of this order at his last known address:

Gregory Williams
4248 Spencer Street, #334
Las Vegas, NV  89119
(702) 347-0179

DATED this 25th day of April, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE