UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GREGORY WILLIAMS,<br><br>        Plaintiff,<br><br>v.<br><br>HERITAGE SQUARE LLC,<br><br>        Defendant. | Case No. 2:15-CV-01598-APG-PAL<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>(ECF No. 34) |

    IT IS ORDERED that the plaintiff's motion to extend time to file an opposition to the defendant's summary judgment motion (ECF No. 34) is GRANTED.

    IT IS FURTHER ORDERED that the plaintiff's opposition is due December 9, 2016.

    DATED this 28th day of November, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE