# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HERITAGE SQUARE LLC,<br><br>　　　　Defendant. | Case No. 2:15-CV-01598-APG-PAL<br><br>**ORDER GRANTING MOTION TO EXTEND TIME**<br><br>(ECF No. 36) |

IT IS ORDERED that the plaintiff's motion to extend time to file an opposition to the defendant's summary judgment motion (ECF No. 36) is GRANTED.

IT IS FURTHER ORDERED that the plaintiff's opposition is due December 27, 2016.

DATED this 9th day of December, 2016.

　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE